**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: N.M.J., A MINOR     :   No. 41 EAL 2023
                                                :
                                                :
PETITION OF: B.P.                              :   Petition for Allowance of Appeal
                                                :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.